IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:03CR388 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| JEANETTE MARIE RUBIO, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED:

1. That the United States Marshal's office shall cause the defendant to be transported to Omaha, Nebraska, for hearing before the undersigned judge, on **May 18, 2007, at 8:30 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska;

2. That the Bureau of Prisons shall provide the court with a copy of the defendant's medical records on or before May 7, 2007; and

3. That the United States Probation Office shall conduct a release study and have it available to the court on or before May 7, 2007.

DATED this 16th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge